IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID MCDONALD HEATH,

        Plaintiff,

   vs.

JEAN HILL,
        Defendant.

O R D E R
Civ. No. 07-669-TC

AIKEN, Chief Judge:

      Magistrate Judge Coffin filed his Findings and Recommendation on November 17, 2009 (doc. 54). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981),

1 - ORDER

1  <u>cert. denied</u>, 455 U.S. 920 (1982).

2      Respondent has timely filed objections. I have, therefore,
3  given the file of this case a <u>de novo</u> review. In fact, I
4  carefully reviewed the record and evidence before the Magistrate
5  as well as the Objections to the Findings and Recommendation and
6  the Response to the Objections. I agree and adopt Judge Coffin's
7  thorough, well reasoned and well supported 32-page Findings and
8  Recommendation that Petitioner's Petition (doc. 2) is granted
9  with respect to his convictions in Case No. 983474-A-FE.

10  IT IS SO ORDERED.
11      Dated this 2ND day of ~~January~~ February 2010.

                        /s/ Ann Aiken
                        Ann Aiken
                        United States District Judge

2 - ORDER